UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:                                                CHAPTER 13
    Jonathan Collins                          CASE NO. 14-58836-WSD
                                                      JUDGE Walter Shapero
    Debtor,
                      /

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of John Z. Kallabat, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,310.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

    ☒    Class Nine General Unsecured Creditors shall receive no less than $4,770.35 based on amount available upon liquidation.

APPROVED

/s/ Tammy L. Terry                                  /s/ John Z. Kallabat
TAMMY L. TERRY (P46254)                John Z. Kallabat  (P49891)
Chapter 13 Standing Trustee              Attorney for Debtor(s)
KIMBERLY SHORTER-SIEBERT (P49608)     Kallabat & Associates, P.C.
MARILYN R. SOMERS-KANTZER (P52488)    31000 Northwestern Hwy.
535 Griswold, Suite 2100                 Suite 201
Detroit, MI 48226                        Farmington Hills, MI 48334
(313) 967-9857                          248-647-6611-Phone
mieb_ecfadmin@det13.net                 ecf@kallabatlaw.com

**Signed on April 07, 2015**

                                         **/s/ Walter Shapero**
                                    **Walter Shapero**
                                    **United States Bankruptcy Judge**