UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:  JONATHON COLLINS           Ch 13
                                   Case # 14-58836
                                   Judge: Walter Shapero

           Debtor(s)
_____/

**NOTICE OF THE SECOND POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN PURUSANT TO L.B.R. 3015-2(B) AND F.R. Bankr.P 3015(g)**

The Debtors have filed papers with the Court to seek a modification of the Chapter 13 Plan as follows:

1. The Debtors filed a Chapter 13 Bankruptcy on 12/08/2014.

2. The Chapter 13 Plan was confirmed on 04/07/2015.

3. The current Plan payment is $80.77 per week.

4. Class Nine General Unsecured Creditors shall receive no less than $4,770.35 based on amount available upon liquidation.

5. The Debtor's income has decreased significantly. His hours at his job have been reduced.

6. Based on the Debtors current budget, he can afford to pay $46.00 per week and would like to reduce his Chapter 13 Plan payments accordingly.

7. The Debtor has also had a change in expenses. His father, Daniel Collins Sr. will now be paying for his rent as well as contributing $151.00 per month to help fund his Plan. A Declaration will be filed contemporaneously with this Plan modification regarding the contribution.

8. An Amended Schedule I-J will be filed contemporaneously with this Plan modification.

9. An Amended Payment Order will also be filed contemporaneously with this Plan modification.

10. The Debtor's Plan is currently running timely.

11. Reducing the Debtor's Plan payments from $80.77 per week to $46.00 per week will cause an adverse impact to the unsecured creditors in the Chapter 13 Plan as they will not receive a higher dividend.

   **WHEREFORE**, the Debtor is requesting that the Court modify his Chapter 13 Plan to reduce the Plan payments from $80.77 per week to $46.00 per week.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the Application; Within 21 days, you or your attorney must:
1. File with the court a written response or an answer, explaining your position at:*

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
You must also mail a copy to:

**Attorney for Debtor:** Kallabat & Associates, P.C., 31000 Northwestern Hwy., Suite 201, Farmington Hills, MI 48334**:** and **Chapter 13 Trustee: Tammy L. Terry, 535 Griswold St., Suite 2100, Detroit, MI 48226.**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

/s/ John Z. Kallabat
John Z. Kallabat (P49891)
Kallabat & Associates, P.C.
Attorney for the Debtor(s)
31000 Northwestern Hwy.
Suite 201
Farmington Hills, MI 48334
248-647-6611
ecf@kallabatlaw.com

DATED: March 29, 2016
*Response or Answer must comply with F. R. Civ. P. 8(b),(c) and (e).

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | **50,000.00** | **0.00** | **50,000.00** | **37,775.00** | **12,225.00** |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **HHG/PERSONAL EFFECTS** | **11,400.00** | **0.00** | **11,400.00** | **5,775.00** | **5,625.00** |
| **JEWELRY** | **100.00** | **0.00** | **100.00** | **0.00** | **100.00** |
| **CASH/BANK ACCOUNTS** | **139.00** | **0.00** | **139.00** | **0.00** | **139.00** |
| **VEHICLES** | **31,500.00** | **42,890.49** | **0.00** | **0.00** | **0.00** |
| **OTHER (itemize)** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

Amount available upon liquidation $ **18,089.00**

Less administrative expenses and costs $ **13,318.65**

Less priority claims $ **0.00**

Amount Available in Chapter 7 $ **4,770.35**



BSS Bankruptcy Software Specialists

**13Network**

Enter Case Number, Name, Social Security Number, or @1st Address Line: 1458836 Go

KALLABAT & ASSOCIATES, PC JOHN KALLABAT **Case Query** **LogOut Now**

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases: 14-58836-WSD Jonathon Collins

| | | | | | |
|---|---|---|---|---|---|
| 14-58836-WSD | Jonathon Collins (xxx-xx-5524) | 2225 Mclain • • Lincoln Park • MI • 48146 | $80.77 WK/ | Bar Date(s): | 4/27/2015 (has passed) 7/26/2015 (has passed) |
| | | | | Confirmed: | 4/7/2015 |
| | Trustee: Tammy L. Terry | Attorney: KALLABAT & ASSOCIATES, PC | | Case Status: | Active, Open Case |

The data on these pages has not been audited and is provided for general information only.

9 Month(s) since Confirmation UP = $0.00 TPI = $4,442.45 BOH = $230.94

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | KALLABAT & ASSOCIATES, PC | $3,197.44 | | | | | | |
| | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **GAP Mortgage or Lease** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **S-SECURED** | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 30 | | 29523.94 | | | 30.692 | | $9,061.49 | |

Change Line# 0 OK | Plan Terms 27 Calc | Unsecured % 30.692 Calc

Restart

| | | |
|---|---|---|
| Due to Creditors: | $0.00 | $9,681.08 |
| In from Debtor: | $350.00 | $9,680.94 |

Trustee's % 6.4

Lump Sum $ 230.94

Delete Line 0 OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| COLLINS MOTOR S | $80.77 | WEEKLY | $ | ? |
| Jonathon Collin | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

Tammy L. Terry - Detroit, MI

**Your Chapter 13 Information Management System**

©2004 BSS LLC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: JONATHON COLLINS          Ch 13
                                                   Case # 14-58836
                                                   Judge: Walter Shapero

                **Debtor(s)**
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

     The above named Debtor's having filed a petition for relief under Chapter 13 of the Bankruptcy Code and having sought to modify the Chapter 13 Plan and the Court being otherwise fully advised in the premises,

     Please be further advised that the specific modifications to the plan are as follows:

     a) The Debtors Plan payments are reduced from $80.77 per week to $46.00 per week.
     b) In all other respects, the plan, as last modified, remains in full force and effect.

Proposed

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In Re:  JONATHON COLLINS							Ch 13
											Case # 14-58836
											Judge: Walter Shapero
					**Debtor(s)**
_____/

## CERTIFICATION OF NO OBJECTION TO THE DEBTORS SECOND POST-PETITION PLAN MODIFICATION

    I, John Z. Kallabat, certify that the Debtors' Second Plan Modification was served on all interested parties on <u>March 29, 2016</u> and that more than 21 days have elapsed and no written objections to the Plan Modification were timely filed.

Date:

<div align="right">

/s/ John Z. Kallabat
John Z. Kallabat (P49891)
Kallabat & Associates, P.C.
Attorney for the Debtor(s)
31000 Northwestern Hwy.
Suite 201
Farmington Hills, MI 48334
248-647-6611
ecf@kallabatlaw.com

</div>

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

In Re: JONATHON COLLINS         Ch 13
                                                        Case # 14-58836
                                                        Judge: Walter Shapero

                   Debtor(s)
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016, I served a copy of the Second Post-Petition Plan Modification by enclosing the same in an envelope with first class postage fully prepaid, addressed to the following:

Jonathon Collins
2225 McLain
Lincoln Park, MI 48146

All creditors listed on the pacer printed matrix dated: March 29, 2016


Dated: March 29, 2016

                                                             /s/ Lori Reinwasser
                                                             Lori Reinwasser
                                                             Kallabat & Associates, P.C.
                                                             Paralegal
                                                             31000 Northwestern Hwy.
                                                             Suite 201
                                                             Farmington Hills, MI 48334
                                                             248-647-6611
                                                             ecf@kallabatlaw.com
                                                             P-49891

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 14-58836-wsd<br>Eastern District of Michigan<br>Detroit<br>Tue Mar 29 13:14:22 EDT 2016 | ASPECT PROPERTIES C/O MMCC xxx9581<br>6324 TAYLOR DR<br>FLINT, MI 48507-4680 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Cavalry Spv I, LLC<br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 |
| Citi<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Jonathon Collins<br>2225 Mclain<br>Lincoln Park, MI 48146-2207 | Comerica<br>Cardmember Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Guitar Center<br>Retail Services<br>Dept 7680<br>Carol Stream, IL 60116-0001 | Harley-Davidson Credit Corp<br>Dept 15129<br>Palatine, IL 60055-5129 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, TX 75001-9013 |
| John Z. Kallabat<br>31000 Northwestern Highway<br>Suite 201<br>Farmington Hills, MI 48334-2595 | Macy's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | Michigan Schools & Government CU<br>40400 Garfield Rd<br>Clinton Township, MI 48038-4004 |
| Michigan Schools & Government CU<br>PO Box 46460<br>Mount Clemens, MI 48046-6460 | Michigan Schools & Government Credit Union<br>4555 Investment Drive<br>Troy, MI 48098-6338 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | Yamaha<br>Retail Services<br>PO Box 5893<br>Carol Stream, IL 60197-5893 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michigan Schools & Government Credit Union    End of Label Matrix
                                                 Mailable recipients    20
                                                 Bypassed recipients     1
                                                 Total                  21