UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: JONATHON COLLINS     Ch 13
Case # 14-58836
Judge: Maria L. Oxholm

               Debtor(s)
_____/

## NOTICE OF THE FOURTH POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN PURUSANT TO L.B.R. 3015-2(B) AND F.R. Bankr.P 3015(g)

The Debtors have filed papers with the Court to seek a modification of the Chapter 13 Plan as follows:

1. The Debtors filed a Chapter 13 Bankruptcy on 12/08/2014.

2. The Chapter 13 Plan was confirmed on 04/07/2015.

3. The current Plan payment is $42.00 per week.

4. Class Nine General Unsecured Creditors shall receive no less than $4,770.35 based on amount available upon liquidation.

5. The Debtor is seeking to excuse his 2016 federal income tax return in the amount of $802.00.

6. The Debtor is need of a new washer and dryer. The estimate for the washer and dryer is $799.98 plus tax. (Exhibit A)

7. The Debtors Plan is currently running timely.

8. Excusing the 2016 Federal tax refund n the amount of $802.00 will cause an adverse impact to any of the creditors in the Chapter 13 Plan as they will not receive a higher dividend.

**WHEREFORE**, the Debtor is requesting that the Court modify his Chapter 13 Plan to excuse his 2016 Federal tax return in the amount of $802.00.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the Application; Within 21 days, you or your attorney must:
1. File with the court a written response or an answer, explaining your position at:*

<div style="text-align:center">

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

</div>

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
You must also mail a copy to:

**Attorney for Debtor:** Kallabat & Associates, P.C., 31000 Northwestern Hwy., Suite 201, Farmington Hills, MI 48334**:** and **Chapter 13 Trustee: Tammy L. Terry, 535 Griswold St., Suite 2100, Detroit, MI 48226.**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

<div style="text-align:right">

/s/ John Z. Kallabat
John Z. Kallabat (P49891)
Kallabat & Associates, P.C.
Attorney for the Debtor(s)
31000 Northwestern Hwy.
Suite 201
Farmington Hills, MI 48334
248-647-6611
ecf@kallabatlaw.com

</div>

DATED: January 25, 2017
*Response or Answer must comply with F. R. Civ. P. 8(b),(c) and (e).

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 50,000.00 | 0.00 | 50,000.00 | 37,775.00 | 12,225.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | 11,400.00 | 0.00 | 11,400.00 | 5,775.00 | 5,625.00 |
| **JEWELRY** | 100.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| **CASH/BANK ACCOUNTS** | 139.00 | 0.00 | 139.00 | 0.00 | 139.00 |
| **VEHICLES** | 31,500.00 | 42,890.49 | 0.00 | 0.00 | 0.00 |
| **OTHER (itemize)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Amount available upon liquidation | $ **18,089.00** |
| Less administrative expenses and costs | $ **13,318.65** |
| Less priority claims | $ **0.00** |
| Amount Available in Chapter 7 | $ **4,770.35** |



**13Network**

Enter Case Number, Name, Social Security Number, or @1st Address Line: 1458836 Go

KALLABAT & ASSOCIATES, PC JOHN KALLABAT **Case Query** **LogOut Now**

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases: 14-58836-WSD Jonathon Collins

| | | | | | |
|---|---|---|---|---|---|
| **14-58836-WSD** | **Jonathon Collins** (xxx-xx-5524) | **2225 Mclain • • Lincoln Park • MI • 48146** | **$80.77 WK/** | **Bar Date(s):** | **4/27/2015 (has passed) 7/26/2015 (has passed)** |
| | | | | **Confirmed:** | **4/7/2015** |
| | **Trustee: Tammy L. Terry** | **Attorney: KALLABAT & ASSOCIATES, PC** | | **Case Status:** | **Active, Open Case** |

**The data on these pages has not been audited and is provided for general information only.**

**9 Month(s) since Confirmation UP = $0.00 TPI = $4,442.45 BOH = $230.94**

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | KALLABAT & ASSOCIATES, PC | $3,197.44 | | | | | | |
| | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **GAP Mortgage or Lease** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **S-SECURED** | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 30 | | 29523.94 | | | 30.692 | | $9,061.49 | |

Change Line# 0 OK Plan Terms 27 Calc Unsecured % 30.692 Calc

| | | |
|---|---|---|
| Due to Creditors: | $0.00 | $9,681.08 |
| In from Debtor: | $350.00 | $9,680.94 |

Restart

Trustee's % 6.4

Lump Sum $ 230.94

Delete Line 0 OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| COLLINS MOTOR S | $80.77 | WEEKLY | $ | ? |
| Jonathon Collin | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

Tammy L. Terry - Detroit, MI **Your Chapter 13 Information Management System** ©2004 BSS LLC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: JONATHON COLLINS        Ch 13
                                             Case # 14-58836
                                             Judge: Maria L. Oxholm

                          **Debtor(s)**
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

    The above named Debtor's having filed a petition for relief under Chapter 13 of the Bankruptcy Code and having sought to modify the Chapter 13 Plan and the Court being otherwise fully advised in the premises,

    Please be further advised that the specific modifications to the plan are as follows:

    a) The Debtor is permitted to retain his 2016 Federal income tax return in the amount of $802.00.
    b) In all other respects, the plan, as last modified, remains in full force and effect.

Proposed

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In Re: JONATHON COLLINS        Ch 13
       Case # 14-58836
       Judge: Maria L. Oxholm

          **Debtor(s)**
_____/

# CERTIFICATION OF NO OBJECTION TO THE DEBTORS FOURTH POST-PETITION PLAN MODIFICATION

     I, John Z. Kallabat, certify that the Debtors' Second Plan Modification was served on all interested parties on <u>January 25, 2017,</u> and that more than 21 days have elapsed and no written objections to the Plan Modification were timely filed.

Date:

          <u>/s/ John Z. Kallabat</u>
          John Z. Kallabat (P49891)
          Kallabat & Associates, P.C.
          Attorney for the Debtor(s)
          31000 Northwestern Hwy.
          Suite 201
          Farmington Hills, MI 48334
          248-647-6611
          ecf@kallabatlaw.com

# Exhibit A

# Kenmore 3.6 cu. ft. Agitator Top-Load Washer & Gas or Electric 7.0 cu. ft. Dryer - White

Required: Top-Load Washers | Dryers

**FREE** Delivery available for 48426    Check for Store Pickup

Top-Load Washers: Included

### Bundle Overview:

22532 3.5 cu. ft. Top-Load Washer with 62332 (Electric) or 72332 (Gas) 7.0 cu. ft. Dryer - White

**Items in your bundle:** 2 items

Regular Price      ~~$1299.98~~
Your Savings       -$500.00

## $799.98

- Kenmore 22532 3.5 cu. ft. Top-Load Washer - White
  In Stock for delivery. Arrives in 1 business day(s).
  Included

- Kenmore 62332 7.0 cu. ft. Electric Dryer - White
  In Stock for delivery. Arrives in 1 business day(s).
  Included

**Add Bundle to Cart**

Earn 8000 Shop Your Way points on this bundle.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In Re:  JONATHON COLLINS                     Ch 13
                                             Case # 14-58836
                                             Judge: Maria L. Oxholm
                    Debtor(s)
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, I served a copy of the Fourth Post-Petition Plan Modification & Exhibit A by enclosing the same in an envelope with fourth class postage fully prepaid, addressed to the following:

Jonathon Collins
2225 McLain
Lincoln Park, MI 48146

All creditors listed on the pacer printed matrix dated: January 25, 2017



Dated: January 25, 2017

                                    /s/ Lori Reinwasser
                                    Lori Reinwasser
                                    Kallabat & Associates, P.C.
                                    Paralegal
                                    31000 Northwestern Hwy.
                                    Suite 201
                                    Farmington Hills, MI 48334
                                    248-647-6611
                                    ecf@kallabatlaw.com
                                    P-49891

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 14-58836-mlo<br>Eastern District of Michigan<br>Detroit<br>Fri Jan 20 13:45:02 EST 2017 | ASPECT PROPERTIES C/O MMCC xxx9581<br>6324 TAYLOR DR<br>FLINT, MI 48507-4680 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Cavalry Spv I, LLC<br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 |
| Citi<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Jonathon Collins<br>2225 Mclain<br>Lincoln Park, MI 48146-2207 | Comerica<br>Cardmember Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Guitar Center<br>Retail Services<br>Dept 7680<br>Carol Stream, IL 60116-0001 | Harley-Davidson Credit Corp<br>Dept 15129<br>Palatine, IL 60055-5129 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, TX 75001-9013 |
| John Z. Kallabat<br>31000 Northwestern Highway<br>Suite 201<br>Farmington Hills, MI 48334-2595 | Macy's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | Michigan Schools & Government CU<br>40400 Garfield Rd<br>Clinton Township, MI 48038-4004 |
| Michigan Schools & Government CU<br>PO Box 46460<br>Mount Clemens, MI 48046-6460 | Michigan Schools & Government Credit Union<br>4555 Investment Drive<br>Troy, MI 48098-6338 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | Yamaha<br>Retail Services<br>PO Box 5893<br>Carol Stream, IL 60197-5893 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michigan Schools & Government Credit Union    End of Label Matrix
Mailable recipients  20
Bypassed recipients  1
Total  21